IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0774 |
| ) | Judge Trauger |
| CHASE HOME FINANCE, LLC and ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Defendants' Motion to Stay Pretrial Deadlines Pending Consideration of Defendants' Motion to Dismiss Complaint (Docket No. 6) is **DENIED AS MOOT**. As provided by Local Rule and the Notice of Setting of Initial Case Management Conference (Docket No. 3), discovery is stayed until the initial case management conference. The initial case management conference in this case is not set until November 7, 2011. The defendants' Motion to Dismiss Complaint (Docket No. 5) will be decided long before the initial case management conference.

It is so **ORDERED**.

ENTER this 17th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge